UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEI MEI HU, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| ASK AMERICA, LLC, | § § § | |
| *Defendant/Counter-Plaintiff,* | § § § § | Civil Action No. 3:22-CV-2432-X |
| v. | § § | |
| VAXXINITY, INC., MEI MEI HU, and LOUIS GARFIELD REESE, IV, | § § § § § | |
| *Counter-Defendant and Third-Party Defendants.* | § § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court are Ask America, LLC's motions to deem facts established and for clarification (Doc. 150). At this point the Court believes that a supplemental mediation will be beneficial to the parties. As a result, the Court **DENIES WITHOUT PREJUDICE** the motions to deem facts established and for clarification and **ORDERS** the parties to mediate before Judge Royal Furgeson. The mediation shall occur before September 17, 2025.

1

**IT IS SO ORDERED** this 22nd day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE