UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEI MEI HU, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| ASK AMERICA, LLC, | § § | |
| *Defendant/Counter-Plaintiff,* | § § § | Civil Action No. 3:22-CV-2432-X |
| v. | § § | |
| VAXXINITY, INC., MEI MEI HU, and LOUIS GARFIELD REESE, IV, | § § § § | |
| *Counter-Defendant and Third-Party Defendants.* | § § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Ask America, LLC's renewed motion to deem facts established and for clarification (Doc. 156). Ask America seeks for the facts the Court mentioned in its summary judgment order regarding common law fraud claim, beyond damages, to be deemed established. But the Court clearly stated that "Ask America's common law fraud and breach of contract claims remain for trial."[1] Thus, Ask America should be prepared to present evidence about both claims at trial. Accordingly, the Court **DENIES** the motions to deem facts established.

---

[1] Doc. 149 at 1.

1

**IT IS SO ORDERED** this 16th day of September, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE